**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Nickolas A. Hernandez (2020-0919074), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 23 C 3520 |
| v. | ) | |
| | ) | Hon. Thomas M. Durkin |
| Cook County Sheriff's Office, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

      By order dated July 6, 2023, the Court directed Plaintiff to submit a proposed amended complaint by August 7, 2023, and advised him that failure to comply would result in summary dismissal of this case [5]. Plaintiff has failed to comply. Accordingly, the Court dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(b). *See Fed. Election Comm'n v. Al Salvi for Senate Comm.*, 205 F.3d 1015, 1018 (7th Cir. 2000) (court has authority both inherently and under Rule 41(b) to dismiss case as sanction for failure to prosecute and noncompliance with court order). The Court directs the Clerk to enter a final judgment of dismissal. This case is closed. Plaintiff's motion for attorney representation[4] is denied as moot.

Date:   August 21, 2023                                                   /s/ Thomas M. Durkin
                                                                                           United States District Judge